

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00120-CR

# EX PARTE SANDRA LOUISE GARNER

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 43,468CR**

# ORDER

On May 6, 2019, Sandra Garner filed a Motion to Supplement Record on Appeal. Garner specifically requests "… each and every document presently on file with the Court" from a separate probate proceeding in another court to be included in the appellate record. The State filed a response to the motion on May 15, 2019, requesting this Court to deny the motion to supplement.

Rule 34.5 of the Texas Rules of Appellate Procedure lists the documents to be included in the appellate record. We cannot consider evidence or documents outside the appellate record unless it is necessary to determine our jurisdiction. *Hutchinson v. State*, 2014 Tex. App. LEXIS 4202, 10-13-00120-CR, *7-8 (Tex. App. Waco—2014, pet. ref'd).

Because consideration of the probate file in another case and another court are outside the appellate record and are not necessary to a determination of our jurisdiction, we cannot consider them. Garner's motion to supplement the record is denied.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Order issued and filed May 29, 2019

